*Messrs. McKinney Barton, James R. Bussey,* and *W. E. Kay* for petitioner. *Messrs. Doyle Campbell* and *Wm. C. McLean* for respondent.

No. 836. MISSOURI PACIFIC R. CO. ET AL. *v.* TREECE. April 2, 1934. Petition for writ of certiorari to the Supreme Court of Arkansas denied. *Messrs. Thomas B. Pryor, William L. Curtis, Joseph M. Hill,* and *Henry L. Fitzhugh* for petitioners. *Mr. David S. Partain* for respondent.

No. 837. HILL *v.* BREWER ET AL. April 2, 1934. Petition for writ of certiorari to the Supreme Court of Louisiana denied. *Messrs. Elias Goldstein, Leon O'Quin,* and *H. C. Walker, Jr.,* for petitioner. *Mr. John B. Files* for respondents.

No. 845. WILLIS *v.* FIRST REAL ESTATE & INVESTMENT CO. ET AL. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Fifth Circuit denied. *Messrs. Sydney Smith, Fred C. Knollenberg, H. R. Gamble,* and *J. U. Sweeney* for petitioner. *Messrs. Wm. H. Burges* and *A. H. Culwell* for respondents.

No. 853. HELVERING, COMMISSIONER OF INTERNAL REVENUE, *v.* ST. LOUIS SOUTHWESTERN RY. CO. April 2, 1934. Petition for writ of certiorari to the Circuit Court of Appeals for the Eighth Circuit denied. *Solicitor General Biggs* for petitioner. *Messrs. B. F. Batts,* and *Claude W. Dudley* for respondent.